**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOSHUA HARTMAN AND ASHLEY HARTMAN,

        Petitioners

        v.

THE ZONING HEARING BOARD OF CUMRU TOWNSHIP,

        Respondent

ST. FRANCIS HOME AND CUMRU TOWNSHIP,

        Intervenors

:  No. 187 MAL 2016
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 23rd day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.